UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUDREY DANG, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>GPC BIOTECH AG, BERND SEIZINGER, M.D., PH.D., MARTINE GEORGE, M.D. and MARCEL ROZENCZWEIG, M.D.<br><br>　　　　　　　　Defendants. | Civil Action No. 07-cv-07476-DC<br><br>CLASS ACTION COMPLAINT<br><br>**JURY TRIAL DEMANDED** |

## L.R. 7.1 DISCLOSURE STATEMENT

Pursuant to L.R. 7.1, Plaintiff, Audrey Dang, hereby states that there are no such parent corporations or any other publicly held corporation that owns 10% or more of its stock as the Plaintiff is an individual.

Dated: August 23, 2007

**BRODSKY & SMITH, LLC**

By:*/s/ Evan J. Smith* (ES3254)
Evan J. Smith, Esquire (ES 3254)
240 Mineola Boulevard
Mineola, NY 11501
(516) 741-4977
(516) 741-0626 (facsimile)

**SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP**
Richard A. Maniskas, Esquire
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
(610) 667-7056
*Attorneys for Plaintiffs*

1