# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

## APPEARANCE

AUDREY DANG Individually and On Behalf of All Others Similarly Situated

v.

BERND R SEIZINGER, MARTINE GEORGE, MARCEL ROSENCZWEIG and GPC BIOTECH AG

Case Number: 1:07-cv-7476 (DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Bernd R Seizinger
Martine George
Marcel Rosenczweig
GPC Biotech AG

I certify that I am admitted to practice in this court.

__September 11, 2007__
Date

Tai H. Park (TP 2607)
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-5364
Fax: (212) 848-7179
Email: tpark@shearman.com

NYDOCS04/480674.1                    1