# UNITED STATES DISTRICT COURT

__SOUTHERN__   DISTRICT OF   __NEW YORK__

## APPEARANCE

| |
|---|
| AUDREY DANG Individually and On Behalf of All Others Similarly Situated <br><br> v. <br><br> BERND R SEIZINGER, MARTINE GEORGE, MARCEL ROSENCZWEIG and GPC BIOTECH AG |

Case Number: 1:07-cv-7476 (DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

    Bernd R Seizinger
    Martine George
    Marcel Rosenczweig
    GPC Biotech AG

I certify that I am admitted to practice in this court.

__September 11, 2007__
Date

 

_/s/ John C. Scalzo_
John C. Scalzo (JS 2804)
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4510
Fax: (646) 848-4510
Email: john.scalzo@shearman.com