USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AUDREY DANG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GPC BIOTECH AG, BERND SEIZINGER, M.D., PH.D., MARTINE GEORGE, M.D., and MARCEL ROSENCZWEIG, M.D.,<br><br>Defendants. | Civil Action No. 07-CV-7476 (DC)<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

WHEREAS, plaintiff Audrey Dang has filed the captioned putative class action;

WHEREAS, plaintiffs in actions entitled *Corwin v. Seizinger, et al.*, No. 07-cv-6728 (DC) and *Temesfoi v. GPC Biotech AG, et al.*, No. 07-cv-7061 (DC) (collectively with the *Dang* action, the "Actions"), also have filed putative class actions arising out of the same alleged facts and circumstances as those alleged by Dang in this action;

WHEREAS, it is anticipated that plaintiffs in the Actions will move, pursuant to the Private Securities Litigation Reform Act, for the appointment of lead plaintiff and the selection of lead plaintiff's counsel; and

WHEREAS, it is anticipated that following the appointment of lead plaintiff and selection of lead plaintiff's counsel, an amended complaint will be filed relating to the Actions;

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the plaintiff and counsel for Defendants GPC Biotech AG, Bernd R. Seizinger, Martine George, and Marcel Rosenczweig (collectively, the "Defendants"), that:

1. The undersigned attorneys for the Defendants agree to accept service of process on behalf of all Defendants, provided, however, that such service shall not constitute a

waiver of any defenses that may be raised by motion pursuant to Fed. R. Civ. P. 12(b)(1) –(3) and (6) – (7).

2. The time of the Defendants to move, answer, or otherwise respond to the complaint filed in this action is adjourned to a date to be set either by order of the Court or further stipulation of the parties.

3. Within ten days following appointment of the lead plaintiff and designation of lead counsel by the Court, the parties shall submit to the Court for its approval a stipulation regarding the schedule for filing an amended complaint and Defendants' response to such amended complaint, provided, however, that Defendants' response shall not be due to be served in fewer than 60 days following service of the amended complaint.

Dated: New York, New York
September 7, 2007

SHEARMAN & STERLING LLP

By: _____
James P. Tallon
Tai H. Park
John C. Scalzo
599 Lexington Avenue
New York, New York 10022-6069
Tel: (212) 848-4000
Fax: (212) 848-7179

*Attorneys for Defendants GPC Biotech AG
Bernd R. Seizinger, Martine George, and
Marcel Rosenczweig*

BRODSKY & SMITH, LLC

By: _____
Evan J. Smith
240 Mineola Boulevard
Mineola, New York 11501
Tel: 516-741-4799
Fax: (516) 741-0626

SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP
Richard A. Maniskas
D. Seamus Kaskela
280 King of Prussia Road
Radnor, Pennsylvania 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Attorneys for Plaintiff Audrey Dang*

09/07/2007  11:41  6106679829  BRODSKY & SMITH, LLC  PAGE 03/04

SO ORDERED
this 10 day of September, 2007

_____
Hon. Denny Chin, U.S.D.J.

3