# SHEARMAN & STERLING LLP



599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069
WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

jtallon@shearman.com
(212) 848-4650

October 11, 2007



The Honorable Denny Chin
United States District Judge
United States District Court
500 Pearl Street
Room 1020
New York, NY 10007

*Audrey Dang v. GPC Biotech AG, et al.* No. 07 Civ. 7476 (DC)

Dear Judge Chin:

We represent defendants in *Dang v. GPC Biotech AG, et al.*, 07 Civ. 7476, one of three cases filed in the Southern District and assigned to you all of which arise out of the same facts and circumstances and plead essentially the same causes of action for violation of the federal securities laws. In addition to *Dang*, the cases are *Corwin v. Seizinger, et al.*, 07 Civ. 6728 and *Temesfoï v. GPC Biotech AG, et al.*, 07 Civ. 7016. On September 24, 2007, three separate motions were filed seeking consolidation, appointment of a lead plaintiff and appointment of lead plaintiffs' counsel, pursuant to the Private Securities Litigation Reform Act of 1995.

We have received a notice, a copy of which is attached, that the Court has scheduled a pretrial conference in the *Dang* case only for October 19, 2007. On behalf of the defendants, I respectfully request that the October 19 conference be adjourned until after the Court has ruled on the pending motions, at which time, if the Court formally consolidates the cases, it seems likely that the parties can present the Court with a proposed schedule for, among other things, filing an amended and consolidated complaint. The Court has already approved stipulations consistent with this request in the *Corwin* and *Dang* cases.

*Application GRANTED. The 10/19/07 PTC is adjourned sine die. SO ORDERED.*

ABU DHABI | BEIJING | BRUSSELS | DÜSSELDORF | FRANKFURT | HONG KONG | LONDON | MANNHEIM | MENLO PARK
MUNICH | NEW YORK | PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.

*USDJ 10/17/07*

Judge Denny Chin  
Page 2

October 11, 2007

Counsel for plaintiff Audrey Dang has consented to this request.

Best regards,

*[signature]*

James P. Tallon

cc:   Evan J. Smith, Esq.