Ralph M. Stone (rstone@lawssb.com)
Thomas G. Ciarlone, Jr. (tciarlone@lawssb.com)
Amanda C. Scuder (ascuder@lawssb.com)
SHALOV STONE BONNER & ROCCO LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018
Telephone: (212) 239-4340
Facsimile: (212) 239-4310

*Attorneys for Plaintiff and
[Proposed] Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CORWIN, on behalf of himself and all others similarly situated, <br><br>         Plaintiff, <br><br> v. <br><br> BERND R. SEIZINGER, MARTINE GEORGE, MARCEL ROSENCZWEIG and GPC BIOTECH AG, <br><br>         Defendants. | CASE NO. 07 CV 6728 <br><br> *Document Electronically Filed* |

***(Additional Captions on the Following Page)***

## NOTICE OF APPEARANCE

ISTVÀN TEMESFOI, on behalf of himself
and all others similarly situated,

               Plaintiff,

     v.

GPC BIOTECH AG; BERND R.
SEIZINGER; MARTINE GEORGE; and
MARCEL ROSENCZWEIG,

               Defendants.

CASE NO. 07 CV 7016

*Document Electronically Filed*

AUDREY DANG, Individually, and on behalf
of all others similarly situated,

               Plaintiff,

     v.

GPC BIOTECH AG; BERND R.
SEIZINGER; MARTINE GEORGE; and
MARCEL ROSENCZWEIG,

               Defendants.

CASE NO. 07 CV 7476

*Document Electronically Filed*

      PLEASE TAKE NOTICE that Ralph M. Stone, Thomas G. Ciarlone, Jr., and Amanda C.

Scuder hereby enter their appearances as counsel for Plaintiff/Movant Istvan Temesfoi in each of

the above-captioned actions, and request service of all papers.

DATED:    January 2, 2008        Respectfully submitted,

                                                SHALOV STONE BONNER & ROCCO LLP

                                                By: /s/ Thomas G. Ciarlone.                
                                                  Ralph M. Stone (rstone@lawssb.com)
                                                    Thomas G. Ciarlone (tciarlone@lawssb.com)
                                                    Amanda C. Scuder (ascuder@lawssb.com)

                                              485 Seventh Avenue, Suite 1000
                                              New York, NY 10018
                                              Telephone: (212) 239-4340
                                              Facsimile: (212) 239-4310

                                              *Attorneys for Plaintiff and*
                                              *[Proposed] Lead Counsel for the Class*