*C/tion/5*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------- X

AUDREY DANG, individually and on behalf :
of all others similarly situated,

      *Plaintiff.*

-against-

GPC BIOTECH AG, BERND SEIZINGER,
M.D., PH.D., MARTINE GEROGE, M.D.,
AND MARCEL ROZENCWEIG, M.D.,

      *Defendants.*

--------------------------------------- X

Civil Action: 07-CV-07476 (DC)

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/3/08

## STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED that Morgan, Lewis & Bockius LLP,

101 Park Avenue, New York, New York 10178 be and hereby is substituted in place of

Shearman & Sterling LLP as counsel for defendants GPC Biotech AG, Bernd

Seizinger. M.D.. Ph.D., Martine George, M.D., and Marcel Rozencweig, M.D. in this action.

Dated: December 5, 2007

MORGAN, LEWIS & BOCKIUS LLP

By: _____
    Bernard J. Garbutt III (BG-1970)
    101 Park Avenue
    New York, New York 10178
    Telephone: 212-309-6000

SHEARMAN & STERLING LLP

By: _____
    James P. Tallon, II (JT-7886)
    599 Lexington Avenue
    New York, New York 10002
    Telephone: 212-848-4000

SO ORDERED
this _____ ~~day of December, 2007~~

_____
Honorable Denny Chin
United States District Judge

1/3/08