UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
AUDREY DANG, individually and on behalf :
of all others similarly situated,
:
        *Plaintiff,*                    :     Civil Action: 07-CV-07476 (DC)

  -against-                          :     (ECF Case)

GPC BIOTECH AG, BERND SEIZINGER, :
M.D., PH.D., MARTINE GEORGE, M.D.,
AND MARCEL ROZENCWEIG, M.D., :

        *Defendants.*               :

                                      :
------------------------------------- X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel in the above-captioned action on behalf of Defendants GPC Biotech AG, Bernd R. Seizinger, M.D., Ph.D., Martine George, M.D. and Marcel Rozencweig, M.D. and requests that service of all papers herein be made upon the undersigned at the address set forth below.

Dated: New York, New York
          January 8, 2008

                                            MORGAN, LEWIS & BOCKIUS LLP

                                            By: _____
                                                Bernard J. Garbutt III (BG-1970)
                                                101 Park Avenue
                                                New York, New York 10178
                                                (212) 309-6000

                                                *Attorneys for Defendants GPC Biotech*
                                                *AG, Bernd R. Seizinger, Martine*
                                                *George and Marcel Rozencweig*

1-NY/2257315.1